# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ATHENS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**TREAVION COX,**<br><br>*Defendant.* | **CRIMINAL ACTION NO.**<br>**3:23-cr-00023-TES-CHW** |

### ORDER GRANTING MOTION TO CONTINUE TRIAL
### IN THE INTERESTS OF JUSTICE

Before the Court is the Government's Unopposed Motion to Continue Trial in the Interest of Justice [Doc. 19]. On December 12, 2023, the Government obtained an indictment charging Defendant Treavion Cox with one count of Illegal Possession of a Machine Gun in violation of 18 U.S.C. §§ 922(o) and 924(a)(2). [Doc. 1]. During his arraignment before the United States Magistrate Judge on April 17, 2024, Defendant entered a plea of not guilty. [Doc. 11]; [Doc. 12].

The Government seeks to continue trial because the pre-trial conference is currently scheduled for April 25, 2024, but discovery is still ongoing. [Doc. 19, ¶ 2]. So that the Government and Defense counsel will have adequate time to collect and review discovery, the Court **GRANTS** the Government's Motion to Continue [Doc. 19]. Accordingly, the Court **CONTINUES** this case to *July 22, 2024,* as "failure to grant . . . a

2

continuance . . . would likely . . . result in a miscarriage of justice." *See* 18 U.S.C. § 3161(h)(7)(B)(i). The pretrial conference scheduled for April 25, 2024, is **CANCELED.**

The ends of justice served by this continuance outweigh the best interests of the public and Defendant in a speedy trial and are in accordance with the considerations required under 18 U.S.C. § 3161(h)(7)(A) for excusable delay.

**SO ORDERED**, this 24th day of April, 2024.

                                       S/ Tilman E. Self, III
                                       **TILMAN E. SELF, III, JUDGE**
                                       **UNITED STATES DISTRICT COURT**