# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ATHENS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**TREAVION COX,**<br><br>   *Defendant.* | **CRIMINAL ACTION NO.**<br>**3:23-cr-00023-TES-CHW** |

## ORDER GRANTING MOTION TO CONTINUE TRIAL
## IN THE INTERESTS OF JUSTICE

  Before the Court is Defendant Treavion Cox's Unopposed Motion to Continue Trial in the Interest of Justice [Doc. 21]. On December 12, 2023, the Government obtained an indictment charging Defendant with one count of Illegal Possession of a Machine Gun in violation of 18 U.S.C. §§ 922(o) and 924(a)(2). [Doc. 1]. However, Defendant was not arraigned until April 17, 2024, where he entered a plea of not guilty. [Doc. 11]; [Doc. 12]. That same day, the United States Magistrate Judge entered an order appointing the Federal Defenders to represent Defendant. [Doc. 10]. Defendant's pretrial conference was originally scheduled for April 25, 2024, but because discovery was still ongoing, the Government requested a continuance, which the Court granted, rescheduling the pretrial conference to July 2, 2024. [Doc. 19]; [Doc. 20].

At the hearing on July 2, 2024, Defendant notified his counsel that he intended to hire a private attorney. *See* [Doc. 22]. Now, so that he has time to gather resources to retain an attorney, Defendant seeks to continue trial from July 22, 2024, to September 23, 2024. [Doc. 21, p. 1]. The Government does not oppose the Motion. [*Id*. at p. 2]. So that Defendant will have adequate time to retain counsel, the Court **GRANTS** Defendant's Motion to Continue [Doc. 21]. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

Accordingly, the Court **CONTINUES** this case to *September 23, 2024*, as "failure to grant . . . a continuance . . . would likely . . . result in a miscarriage of justice." *See* 18 U.S.C. § 3161(h)(7)(B)(i). The ends of justice served by this continuance outweigh the best interests of the public and Defendant in a speedy trial and are in accordance with the considerations required under 18 U.S.C. § 3161(h)(7)(A) for excusable delay.

**SO ORDERED**, this 3rd day of July, 2024.

S/ Tilman E. Self, III<br>
**TILMAN E. SELF, III, JUDGE**<br>
**UNITED STATES DISTRICT COURT**