IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

UNITED STATES OF AMERICA, *

v. *

                                                  Case Number: 3:23-cr-23

TREAVION COX, *

          Defendant. *

## ORDER

Pursuant to an Appearance Bond dated April 17, 2024, Defendant was released on bond following the payment into the registry of the Court of the sum of $1,500.00. The conditions of the Appearance Bond have now been met, and the Clerk is directed to disburse from the registry of the Court the sum of $1,500.00, plus all accrued interest less any amounts necessary for administrative fees of the Court to:

Donald Porter
210 Addison Road #101
Athens GA 30607

This __4__ day of February, 2025.

                                      TILMAN E. SELF, III, JUDGE
                                      UNITED STATES DISTRICT COURT